**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6144**

———————

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

WENDELL ANTONIO JOHNSON,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:04-cr-00128-MFU-1; 7:16-cv-80882-MFU-RSB)

———————

Submitted:  June 23, 2016    Decided:  June 28, 2016

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wendell Antonio Johnson, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell Antonio Johnson seeks to appeal the district court's order dismissing his Fed. R. Civ. P. 60(b) motion as a second or successive 28 U.S.C. § 2255 (2012) motion filed without authorization. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, Johnson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2